FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUN - 1 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                                    DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:11-cr-200-LDG-LRL |
| vs. | ) **ORDER QUASHING WARRANT** |
| JEFFREY ALLEN DUKE, | ) |
| Defendant. | ) |

The Government having requested a bench warrant in error, and the defendant having appeared for arraignment and plea on June 1, 2011;

IT IS HEREBY ORDERED that the warrant issued by the Court on May 31, 2011, is QUASHED.

DATED this 1st day of June, 2011.

GEORGE FOLEY, JR.
United States Magistrate Judge